```
Michael J. Reed, CA Bar No. 122324
60 Creek Tree Lane
Alamo, California 94507
Telephone: (925) 743-8353

Attorneys for Plaintiff
PRADNESH MOHARE

Marjorie S. Fochtman, CA Bar No. 143201
Seth L. Neulight, CA Bar No. 184440
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

Attorneys for Defendant
EASTMAN KODAK COMPANY
```

*[Court seal: "IT IS SO ORDERED AS MODIFIED" signed by Judge James Ware]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRADNESH MOHARE,<br><br>                    Plaintiff,<br><br>    vs.<br><br>EASTMAN KODAK COMPANY and DOES 1-50,<br><br>                    Defendants. | Case No.  C 09-04705 JW PVT<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT AND ANSWER THERETO |

   For the reasons set forth in the Declaration of Seth L. Neulight, filed concurrently herewith, Plaintiff Pradnesh Mohare ("Plaintiff") and Defendant Eastman Kodak Company ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

   1.   Plaintiff shall be granted leave to file in this Court his First Amended Complaint, as previously filed in Santa Clara County Superior Court on September 30, 2009, in the form attached hereto as Exhibit "A."

   2.   Defendant's Answer to Operative Complaint, previously filed in Santa Clara County

Superior Court on October 1, 2009, and attached hereto as Exhibit "B," shall be deemed Defendant's answer to Plaintiff's First Amended Complaint.

IT IS SO STIPULATED.

DATED: October 20, 2009

By: /s/ Michael J. Reed
Michael J. Reed

Attorneys for Plaintiff
PRADNESH MOHARE

DATED: October 20, 2009

NIXON PEABODY LLP

By: /s/ Seth L. Neulight
Seth L. Neulight

Attorneys for Defendant
EASTMAN KODAK COMPANY

*** ORDER ***

For good cause shown, the Court GRANTS the parties' Stipulation. On or before **November 6, 2009**, Plaintiffs shall file their First Amended Complaint as a *separate* docket entry. On or before **November 13, 2009**, Defendant shall file their Answer to the First Amended Complaint as a *separate* docket entry.

Dated: October 30, 2009

JAMES WARE
United States District Judge