1  Michael J. Reed, CA Bar No. 122324
   60 Creek Tree Lane
2  Alamo, California 94507
   Telephone: (925) 743-8353
3
   Attorneys for Plaintiff
4  PRADNESH MOHARE

5  Marjorie S. Fochtman, CA Bar No. 143201
   Seth L. Neulight, CA Bar No. 184440
6  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
7  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
8  Fax:  (415) 984-8300

9  Attorneys for Defendant
   EASTMAN KODAK COMPANY
10

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
6/3/2010

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15  PRADNESH MOHARE,                        Case No.  C 09-04705 JW PVT

16                 Plaintiff,                **[PROPOSED] ORDER GRANTING LEAVE
                                             TO FILE SECOND AMENDED
17       vs.                                 COMPLAINT AND RESPONSE THERETO**

18  EASTMAN KODAK COMPANY and DOES 1-
    50,
19
                   Defendants.
20

21

22
                          **[PROPOSED] ORDER**
23

24      Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED THAT:

25      1.    Plaintiff shall be granted leave to file a Second Amended Complaint in the form

26  attached hereto as Exhibit "A."  Plaintiff shall the Second Amended Complaint as a separate docket

27  entry by **June 7, 2010.**

28

2. Defendant will file its response to the Second Amended Complaint within 20 days after it is e-filed by Plaintiff.

IT IS SO ORDERED.

Dated: June 3, 2010

_____
HONORABLE JAMES WARE
United States District Judge