1  MICHAEL J. REED (CA Bar No. 122324)
   Attorney at Law
2  60 CreekTree Lane
   Alamo, California 94507
3  Telephone: (925) 743-8353

4  Attorneys for Plaintiff PRADNESH MOHARE

5  MARJORIE S. FOCHTMAN (CA Bar No. 143201)
   SETH L. NEULIGHT (CA Bar No. 184440)
6  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
7  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
8  Facsimile: (415) 984-8300

9
   Attorneys for Defendant
10 EASTMAN KODAK COMPANY

11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15

16 PRADNESH MOHARE,                    Case No.  C 09-04705 JW

17        Plaintiff,                   STIPULATION AND [PROPOSED]
                                       ORDER OF DISMISSAL WITH
18        v.                           PREJUDICE OF FIRST, SECOND
                                       AND THIRD CAUSES OF ACTION
19 EASTMAN KODAK COMPANY and DOES 1-   OF SECOND AMENDED
   50.                                 COMPLAINT
20
          Defendants.
21

22

23

24

25

26

27

28
                                                        Case No.: C 09-04705 JW

The parties to the above-captioned action, Plaintiff Pradnesh Mohare ("Mohare") and Defendant Eastman Kodak Company ("Kodak"), by and through their respective undersigned counsel, hereby stipulate and agree to the Court's entry of an Order for the DISMISSAL WITH PREJUDICE of the following Causes of Action set forth in the operative Second Amended Complaint:

> First Cause of Action (Race and National Origin Discrimination in Violation of FEHA)
>
> Second Cause of Action (Wrongful Discharge In Violation of Public Policy)
>
> Third Cause of Action (Retaliation In Violation of FEHA)
>
> IT IS SO STIPULATED.

DATED: September 15, 2010

By: /s/ Michael J. Reed
Michael J. Reed

Attorneys for Plaintiff
PRADNESH MOHARE

DATED: September 15, 2010

NIXON PEABODY LLP

By: /s/ Seth L. Neulight
Seth L. Neulight

Attorneys for Defendant
EASTMAN KODAK COMPANY

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF FIRST, SECOND AND THIRD CAUSES OF ACTION OF SECOND AMENDED COMPLAINT

1
2
## [~~PROPOSED~~] ORDER

3  Based upon the parties' Stipulation set forth above, the Court HEREBY ORDERS that
4  each of the following Causes of Action set forth in Plaintiff's Second Amended Complaint shall
   be, and hereby is, DISMISSED WITH PREJUDICE:
5
6   First Cause of Action (Race and National Origin Discrimination in Violation of FEHA)
    Second Cause of Action (Wrongful Discharge In Violation of Public Policy)
7
    Third Cause of Action (Retaliation In Violation of FEHA)
8
    IT IS SO ORDERED.
9
10
11 Dated: September 28, 2010          _____
                                       JAMES WARE
12                                     United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SF #13130556 v1                                                          Case No.: RG09458401
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF FIRST, SECOND AND
THIRD CAUSES OF ACTION OF SECOND AMENDED COMPLAINT