1  MICHAEL J. REED (CA Bar No. 122324)
   Attorney at Law
2  60 CreekTree Lane
   Alamo, California 94507
3  Telephone: (925) 743-8353

4  Attorneys for Plaintiff PRADNESH MOHARE

5  MARJORIE S. FOCHTMAN (CA Bar No. 143201)
   SETH L. NEULIGHT (CA Bar No. 184440)
6  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
7  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
8  Facsimile: (415) 984-8300

9
   Attorneys for Defendant
10 EASTMAN KODAK COMPANY

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15

16 PRADNESH MOHARE,                     Case No. C 09-04705 JW

17           Plaintiff,                 STIPULATION AND [PROPOSED]
                                        ORDER OF DISMISSAL OF ACTION
18    v.                                WITH PREJUDICE

19 EASTMAN KODAK COMPANY and DOES 1-
   50.
20
             Defendants.
21

22

23

24

25

26

27

28

13254244.1                                          Case No.: C 09-04705 JW
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE

1    Plaintiff Pradnesh Mohare ("Mohare") and Defendant Eastman Kodak Company
2    ("Kodak")(together, "the Parties"), by and through their respective undersigned counsel, hereby
3    stipulate and agree to entry by the Court of an Order for the DISMISSAL WITH PREJUDICE of
4    this entire action, with the Parties to bear their own respective attorneys' fees and costs.
5    IT IS SO STIPULATED.
6    DATED: December 28, 2010                By:  /s/  Michael J. Reed
                                                  Michael J. Reed
7                                                 Attorneys for Plaintiff
                                                  PRADNESH MOHARE
8
9    DATED: December 28, 2010                NIXON PEABODY LLP
10
11
                                              By: /s/  Seth L. Neulight
12                                                Seth L. Neulight
                                                  Attorneys for Defendant
13                                                EASTMAN KODAK COMPANY
14

15                                    * * * * *
16                           [PROPOSED] ORDER OF DISMISSAL
17    Based upon the parties' Stipulation set forth above, the Court HEREBY ORDERS that
18    this entire action shall be, and hereby is, DISMISSED WITH PREJUDICE.  The parties shall
19    bear their own respective attorneys' fees and costs.
20    IT IS SO ORDERED.  The Clerk shall close this file.

Dated: December 29, 2010

_____
JAMES WARE
United States District Judge

13254244.1                              1                    Case No.: C 09-04705 JW
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE